S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
KATHLEEN L. BICKERS, OSB #85151
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204
Telephone: (503) 727-1060
Facsimile Telephone: (503) 727-1117
Email: Kathleen.bickers@usdoj.gov
    Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>T. ROWE PRICE,<br><br>    Defendant.<br><br>T. ROWE PRICE; T. ROWE PRICE SERVICES, INC.; and T. ROWE PRICE TRUST COMPANY,<br><br>    Defendant and Cross-Complainants,<br><br>v.<br><br>UNITED STATES OF AMERICA; STATE OF OREGON; DOES 1 – 10; and ROE CORPORATIONS 1 – 10,<br><br>Plaintiff and Cross-Defendants. | 3:13-CV-02114 HA<br><br>ORDER TO DISMISS COMPLAINT |

PAGE 1 – ORDER TO DISMISS

The Plaintiff having moved the Court to dismiss this action and the Court being duly advised now GRANTS the Motion and it is,

ORDERED, that this action is hereby DISMISSED, WITH PREJUDICE.

So ORDERED this __4__ day of September, 2014.

*[signature]*
ANCER L. HAGGERTY
United States District Judge

Presented by:

S. AMANDA MARSHALL
United States Attorney
District of Oregon


*/s/ Kathleen L. Bickers*
KATHLEEN L. BICKERS
Assistant United States Attorney

PAGE 2 – ORDER TO DISMISS